IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| BETSY PAPAMITROU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV00665 |
| ) | |
| POLO RALPH LAUREN ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff Betsy Papamitrou, hereby voluntarily dismisses the above-styled civil action, without prejudice.

This 29th day of November, 2005.

        **s/ GERALDINE SUMTER**
        N.C. Bar No: 11107
        Ferguson Stein Chambers Gresham
            & Sumter, P.A.
        741 Kenilworth Avenue, Suite 300
        Charlotte, North Carolina 28204
        (704) 375-8461 – Telephone
        (704) 334-5654 – Facsimile
        Email: gsumter@fergusonstein.com

        Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** using the CM/ECF system and by serving a copy of same by depositing a copy in the United States mail, postage prepaid, addressed to:

> Corporation Service Company
> Registered Agent for Polo Ralph Lauren
> 327 Hillsborough Street
> Raleigh, North Carolina 27603

This 29th day of November, 2005.

> s/GERALDINE SUMTER
> N.C. Bar #11107
> Ferguson Stein Chambers Gresham
>     & Sumter, P.A.
> 741 Kenilworth Avenue, Suite 300
> Charlotte, North Carolina 28204
> Telephone: 704-375-8461
> Facsimile: 704-334-5654
> Email: gsumter@fergusonstein.com
>
> Attorney for Plaintiff